```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/9/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA O'CONNELL,

                    Plaintiff,

-against-

MARGARITAVILLE ISLAND RESERVE CAP CANA d/b/a DREAMS CAP CANA, and KARISMA HOTELS & RESORTS,

                    Defendant.

25 Civ. 6261 (AT)

**ORDER**

ANALISA TORRES District Judge:

      On August 4, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by October 6, 2025. *See* ECF No. 4. Those submissions are now overdue. Accordingly, by **November 3, 2025**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: October 9, 2025
       New York, New York

                                    ANALISA TORRES
                              United States District Judge