UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA O'CONNELL,

                Plaintiff,

-against-

MARGARITAVILLE ISLAND RESERVE CAP
CANA d/b/a DREAMS CAP CANA, and
KARISMA HOTELS & RESORTS,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/5/2025____
```

25 Civ. 6261 (AT)

**ORDER**

ANALISA TORRES District Judge:

On August 4, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by October 6, 2025.  ECF No. 4.  After receiving no submission, on October 9, 2025, the Court ordered the parties to submit their joint letter and proposed case management plan by November 3, 2025.  *See* ECF No. 14.  Those submissions are now overdue.

Accordingly, by **December 3, 2025**, the parties shall submit their joint letter and proposed case management plan, or, by the **same date**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of the undersigned's Individual Practices in Civil Cases. Plaintiff is reminded that failure to comply with the Court's orders may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: November 5, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge