CAITLIN ROBIN
& ASSOCIATES

115 Broadway, Suite 1505, New York, NY 10006
Tel. 646-524-6026 Fax. 929-210-7549
robinandassociates.com

Arjeta Albani
Leo Eaton Artus
Chloe Van Bourgondien
Sarah E. Coon
Eli S. Corcos
Mayank Dahiya
Annabelle L. Hentz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/15/2026

lil
m
in
tti
in
ıg

October 14, 2026

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *O'Connell v. Margaritaville Island Reserve Cap Cana, et al.*,
Docket No. 1:25-cv-06261-AT

Dear Judge Torres:

This firm represents Plaintiff Jessica O'Connell in the above-referenced action. Plaintiff and Defendants Margaritaville Island Reserve Cap Cana d/b/a Dreams Cap Cana and Karisma Hotels & Resorts write jointly, pursuant to Your Honor's Individual Practices in Civil Cases, to respectfully request that the Court adjourn the October 16, 2026 deadline for the parties to file their joint letter and jointly proposed Case Management Plan and Scheduling Order until after the Court decides Defendants' forthcoming motion to dismiss.

The Court directed the parties to file the joint letter and proposed plan by October 12, 2026 and on October 13, 2026, the Court extended that deadline to October 16, 2026 (ECF No. 39). The parties make this request because of the pending motion practice.

On September 28, 2026, the Court granted Defendants leave to file a motion to dismiss and set a briefing schedule under which Defendants' motion is due October 26, 2026, Plaintiff's opposition is due November 23, 2026, and Defendants' reply is due December 7, 2026. The Court's decision on that motion may determine which claims, if any, proceed to discovery and in what form. Adjourning the deadline will conserve the resources of the Court and the parties and allow the parties to submit a single plan tailored to the claims that remain. The requested adjournment does not affect the briefing schedule.

Defendants previously made one request, by letter motion filed October 12, 2026 (ECF No. 38), which the Court granted by extending the deadline to October 16, 2026 (ECF No. 39). Plaintiff has made no prior request to adjourn this deadline. All parties consent to the present request.

The parties respectfully propose that they file their joint letter and jointly proposed Case Management Plan and Scheduling Order within fourteen (14) days after the Court's decision on Defendants' motion to dismiss. Should the Court prefer a date certain, the parties respectfully request that the deadline be adjourned to a date after December 7, 2026, when briefing on the motion will be complete, at the Court's convenience.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Arjeta Albani
Arjeta Albani, Esq.
Attorneys for Plaintiff

/s/ Marvin K. Pettus
Marvin K. Pettus, Esq.
Brody & Branch LLP
Attorneys for Defendants

cc: All counsel of record (via ECF)

GRANTED. By **December 21, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 15, 2026
New York, New York

ANALISA TORRES
United States District Judge